## CRIMINAL CAUSE FOR PLEADING

**USA - v - RUSSO ET AL**            Docket No. **11-CR-30 [KAM]**

Defendant**: Anthony Calabro**
   **X**  present       _____ not present  ___custody  **X**  bail

**DOCKET & FILE**

Def. Counsel: **Jean Marie Graziano**
 **X** present      _____ not present  **X**_RET _LAS    _CJA

   AUSA : **Elizabeth Geddes/Allon Lifshitz**    Deputy: **S. Jackson**

   Court Reporter/FTR# **Marie Foley**

   ✔ Case Called
   ____ Defendant's First Appearance
   ✔ Defendant: ✔ Sworn ____ Arraigned ✔ Informed of Rights
   ____ Waiver of Indictment Executed for Defendant
   ____ Superceding Indictment/Information Filed
   ____ Bench Warrant Issued:_____
   ✔ Defendant With draws Not Guilty Plea and Enters a Plea of Guilty to Count(s) **ONE**
   ___ of the Indictment/Superseding Indictment/Information
   ✔ Court Finds Factual Basis for the Plea
   ✔ Sentencing is scheduled for **12/12/2011** at **11:00am.**
   ____ Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody
   ___ Case Adjourned to ____/____/____ at _____
   ✔ Court accepts the Plea of Guilty.
   ✔ Transcript Ordered:

   ✔ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

   ✔ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **11/27/11,** with the government's **12/1/11,** reply by defendant, if any, shall be submitted and filed via ecf by **12/7/11.** The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.

Defendant wants to self surrender. Defense counsel will explore with the US Marshal how to do this.