THE LAW OFFICES OF
## *JEAN MARIE GRAZIANO*
**1095 HUGUENOT AVENUE**
**STATEN ISLAND, NEW YORK 10312**
**718-404-2379   FAX: 718-709-7035**

August 1, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Anthony Calabro, et al.</u>
              11 Cr. 30 (KAM)

Dear Judge Matsumoto:

      I represent Anthony Calabro in the above-mentioned case. Mr. Calabro plead guilty in front of this Court on July 20, 2011. As you may recall I represented to Your Honor, on that day that Mr. Calabro desired to self-surrender to the MDC in anticipation of his Sentencing presently scheduled for December 12, 2011. I have explored this matter with the United States Marshals and Ms. Alicia Vasquez, Assistant General Counsel to the Bureau of Prisons. Mr. Calabro has been informed that self-surrendering prior to being sentenced may affect the BOP's computation for designation nevertheless he is still anxious to begin to put this matter quickly behind him and his young family.

      I am writing to respectfully withdraw the application for bail and request that Your Honor Order Mr. Calabro to self-surrender to the United States Marshals of the Eastern District of New York on Tuesday August 2, 2011.

      I have spoken to Assistant United States Attorney Allon Lifshitz and he has no objection to this request.

                                                        Respectfully submitted,

                                                        Jean Marie Graziano

Cc:    Allon Lifshitz
          Assistant United States Attorney