THE LAW OFFICES OF
## *JEAN MARIE GRAZIANO*
**1095 HUGUENOT AVENUE**
**STATEN ISLAND, NEW YORK 10312**
**718-404-2379   FAX: 718-709-7035**

December 7, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**   <u>United States v. Anthony Calabro, et al.</u>
             11 Cr. 30 (KAM)

Dear Judge Matsumoto:

    I represent Anthony Calabro in the above-mentioned case. Mr. Calabro plead guilty in front of this Court on July 20, 2011. As you may recall I represented to Your Honor that Mr. Calabro desired to self-surrender to the MDC in anticipation of his Sentencing. Mr. Calabro is presently being housed at the MDC.

    Mr. Calabro is scheduled to be sentenced by this Court on December 12, 2011. I am writing to respectfully request an adjournment of his sentence to April 3, 2012. Accordingly, Mr. Calabro's sentencing submission will be filed on or before March 20, 2012. I have spoken to Assistant United States Attorney Elizabeth Geddes and she joins in this application.

    Thank you.

                                                        Respectfully submitted,

                                                        Jean Marie Graziano

cc:    Elizabeth Geddes
        Assistant United States Attorney

        Allon Lifshitz
        Assistant United States Attorney